UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

WALTER J. HENDRIX,

                Plaintiff,

    v.                                    DECISION AND ORDER

MASIS STAFFING SOLUTIONS, LLC,       19-CV-6419-DGL-MJP
et al.,

                Defendants.

---

**Pedersen M. J.** On July 16, 2021, the Court appointed limited scope counsel to pro se plaintiff Walter J Hendrix. (ECF No 57.) The Court appointed Duwaine T. Bascoe, Esq., to complete discovery, file any necessary motions to amend, respond to any pre-trial motions, and represent Mr. Hendrix at mediation. (ECF No 57.) Unfortunately, neither Mr, Hendrix nor opposing counsel have been able to reach Mr. Bascoe since at least April 7, 2022. (ECF Nos. 62, 63, 65, 66). The Court has called his phone number listed on the docket (585-454-9101), as well as emailed him at his listed email address (dbascoe@bascoelaw.com). The Court has attempted each at least thrice, over a period of weeks. Amanda Williams, Esq, the Alternative Dispute Resolution and Pro Bono Program Administrator has also attempted to reach Mr. Bascoe, but to no avail. Thomas D'Antonio, Esq. has accepted assignment to this case to replace Mr. Bascoe. Due to the inability to contact him, the Court hereby terminates Mr. Duwaine T. Bascoe's representation in this case.

SO ORDERED.

DATED:      September 13, 2022
                Rochester, New York

                                                    /s/ Mark W. Pedersen
                                                    MARK W. PEDERSEN
                                                    United States Magistrate Judge